# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY
# TRENTON DIVISION

IN RE: JIN H. LEE                                                                                                                             CASE NO.: 19-25478-MBK

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>New Residential Mortgage LLC</u><br>Name of Transferee | <u>Ditech Financial LLC</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>New Residential Mortgage LLC<br>P.O. Box 10826<br>Greenville, SC 29603-0826 | Court Claim # (if known): <u>9-1</u><br>Amount of Claim: <u>$407,461.37</u><br>Date Claim Filed: <u>10/16/2019</u> |
| Phone: <u>800-365-7107</u><br>Last Four Digits of Acct #: <u>6189</u> | Phone: <u>(888) 298-7785</u><br>Last Four Digits of Acct #: <u>5919</u> |

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Aleisha Jennings</u>                                                                                 Date: <u>January 9, 2020</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY
# TRENTON DIVISION

IN RE: JIN H. LEE  CASE NO.: 19-25478-MBK

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>January 9, 2020</u>, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following parties:

Jin H. Lee
8 Grand Street
South Amboy, NJ 08879

And via electronic mail to:

Robert C. Nisenson
Robert C. Nisenson, LLC
10 Auer Court
Suite E
East Brunswick, NJ 08816

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

                                              RAS CRANE LLC
                                              Authorized Agent for Secured Creditor
                                              10700 Abbott's Bridge Road, Suite 170
                                              Duluth, GA 30097
                                              Telephone: 470-321-7112
                                              Facsimile: 404-393-1425

                                              By: <u>/s/ Malick Joof</u>
                                              Email: <u>mjoof@rascrane.com</u>