| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019

**Chapter 13 Case No. 19-25478 / MBK**

Jin H. Lee

Petition Filed Date: 08/09/2019
341 Hearing Date: 09/12/2019
Confirmation Date: 12/11/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/03/2019 | $681.00 | 61435130 | 10/02/2019 | $681.00 | 62217140 | 11/04/2019 | $681.00 | 63056210 |
| 12/03/2019 | $681.00 | 63755430 | | | | | | |

**Total Receipts for the Period: $2,724.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,579.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Jin H. Lee | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT C NISENSON ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,135.00 | $2,135.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»»  CREDIT ONE | Unsecured Creditors | $777.18 | $0.00 | $777.18 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,053.07 | $0.00 | $3,053.07 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $7,290.02 | $0.00 | $7,290.02 |
| 4 | MERRICK BANK | Unsecured Creditors | $2,797.41 | $0.00 | $2,797.41 |
| 5 | CAPITAL ONE AUTO FINANCE<br>»»  2016 CHRYSLER TOWN & COUNTRY WAGON | Debt Secured by Vehicle | $710.56 | $0.00 | $710.56 |
| 6 | FIRST FINANCIAL INVESTMENT FUND HOLDINGS<br>»»  CREDITSHOP CC CO. | Unsecured Creditors | $4,400.12 | $0.00 | $4,400.12 |
| 7 | Verizon by American InfoSource as Agent | Unsecured Creditors | $1,202.10 | $0.00 | $1,202.10 |
| 8 | ECMC | Unsecured Creditors | $1,383.10 | $0.00 | $1,383.10 |
| 9 | NEW RESIDENTIAL MORTGAGE, LLC<br>»»  P/8 GRAND STREET/1ST MTG/DITECH | Mortgage Arrears | $42,581.67 | $502.96 | $42,078.71 |
| 10 | VICKY CHAN | Support Arrears<br>Hold Funds: Late Filed Claim | $724.00 | $0.00 | $724.00 |

**Chapter 13 Case No. 19-25478 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,579.00 | Plan Balance: | $47,025.00 ** |
| Paid to Claims: | $2,637.96 | Current Monthly Payment: | $855.00 |
| Paid to Trustee: | $208.65 | Arrearages: | $855.00 |
| Funds on Hand: | $732.39 | Total Plan Base: | $50,604.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.