UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036

**In Re:**

**JIN H. LEE,**

         **Debtor,**

Case No.: 19-25478-MBK

Chapter 13

Hearing Date: September 1, 2020

Judge: Michael B. Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

         ✓ Settled        ☐ Withdrawn

Matter: Motion for Relief from Automatic Stay

Date: August 28, 2020        /s/ Jason Brett Schwartz
                                                           Signature

*rev. 8/1/15*