| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-25478 / MBK**

Jin H. Lee

Petition Filed Date: 08/09/2019
341 Hearing Date: 09/12/2019
Confirmation Date: 12/11/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | $855.00 | 64517300 | 02/05/2020 | $855.00 | 65328740 | 02/06/2020 | ($855.00) | 65328740 |
| 02/19/2020 | $855.00 |  | 03/20/2020 | $855.00 |  | 04/20/2020 | $855.00 |  |
| 05/19/2020 | $855.00 |  | 06/19/2020 | $855.00 |  | 07/20/2020 | $855.00 |  |
| 08/19/2020 | $855.00 |  | 09/21/2020 | $855.00 |  | 10/20/2020 | $855.00 |  |
| 11/19/2020 | $855.00 |  | 12/22/2020 | $946.00 |  | 01/26/2021 | $946.00 |  |
| 02/23/2021 | $946.00 |  |  |  |  |  |  |  |

**Total Receipts for the Period: $12,243.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $14,967.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jin H. Lee | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT C NISENSON ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,135.00 | $2,135.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»»  CREDIT ONE | Unsecured Creditors | $777.18 | $0.00 | $777.18 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,053.07 | $0.00 | $3,053.07 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $7,290.02 | $0.00 | $7,290.02 |
| 4 | MERRICK BANK | Unsecured Creditors | $2,797.41 | $0.00 | $2,797.41 |
| 5 | CAPITAL ONE AUTO FINANCE<br>»»  2016 CHRYSLER T&C WAGON | Debt Secured by Vehicle | $710.56 | $142.38 | $568.18 |
| 6 | FIRST FINANCIAL INVESTMENT FUND HOLDINGS<br>»»  CREDITSHOP CC CO. | Unsecured Creditors | $4,400.12 | $0.00 | $4,400.12 |
| 7 | Verizon by American InfoSource as Agent | Unsecured Creditors | $1,202.10 | $0.00 | $1,202.10 |
| 8 | ECMC<br>»»  STUDENT LOAN | Unsecured Creditors | $1,383.10 | $0.00 | $1,383.10 |
| 9 | NEW RESIDENTIAL MORTGAGE, LLC<br>»»  P/8 GRAND STREET/1ST MTG/DITECH | Mortgage Arrears | $42,581.67 | $8,533.81 | $34,047.86 |
| 10 | VICKY CHAN | Support Arrears | $724.00 | $724.00 | $0.00 |
| 11 | CAPITAL ONE AUTO FINANCE<br>»»  2016 CHRYSLER T&C/PP ARREARS 9/23/20 | Debt Secured by Vehicle | $2,472.24 | $180.14 | $2,292.10 |
| 12 | CAPITAL ONE AUTO FINANCE<br>»»  2016 CHRYSLER T&C/ATTY FEES 9/23/20 | Debt Secured by Vehicle | $306.00 | $306.00 | $0.00 |

**Chapter 13 Case No. 19-25478 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,967.00 | Plan Balance: | $39,732.00  ** |
| Paid to Claims: | $12,021.33 | Current Monthly Payment: | $946.00 |
| Paid to Trustee: | $1,122.22 | Arrearages: | $0.00 |
| Funds on Hand: | $1,823.45 | Total Plan Base: | $54,699.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**