**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

IN RE: <u>JIN H. LEE</u>                                                                                   CASE NO.:19-25478

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association</u><br>Name of Transferee | <u>NEW RESIDENTIAL MORTGAGE LLC</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>Selene Finance, LP<br>9990 Richmond Ave.<br>Suite 400 South<br>Attn: BK Dept<br>Houston, TX 77042 | Court Claim # (if known): <u>9-1</u><br>Amount of Claim: <u>$407,461.37</u><br>Date Claim Filed: <u>10/16/2019</u> |
| Phone:<br>Last Four Digits of Acct #: <u>2049</u> | Phone: <u>800-365-7107</u><br>Last Four Digits of Acct #: <u>6189</u> |

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Shauna Deluca</u>                                                         Date: <u>February 15, 2022</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

IN RE: <u>JIN H. LEE</u>                                                                                   CASE NO.:19-25478

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 15, 2022, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States

Mail to the following parties:

JIN H. LEE
8 GRAND STREET
SOUTH AMBOY, NJ 08879

And via electronic mail to:

ROBERT C. NISENSON
ROBERT C. NISENSON, LLC
10 AUER COURT
SUITE E
EAST BRUNSWICK, NJ 08816

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ 08650-4853

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102


By: /s/ Aaron Elwood