UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
RAS Citron, LLC
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone Number 973-575-0707
Attorneys For Secured Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association

In Re:

Jin H. Lee

Debtor,

Case No.: 19-25478-MBK

Adversary No.: _____

Chapter: 13

Judge: Michael B. Kaplan

# CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association

Old address: Selene Finance LP
9990 Richmond Ave. Suite 400
Attn: BK Dept
Houston, TX 77042

New address: Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

New phone no.:
(If debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Dated 6/7/2022                              /s/Harold Kaplan
                                             Signature

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 13, 2022 I electronically filed the Request for Notice with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Jin H. Lee
8 Grand Street
South Amboy, NJ 08879

And via electronic mail to:

Robert C. Nisenson
Robert C. Nisenson, LLC
10 Auer Court
Suite E
East Brunswick, NJ 08816

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

By: /s/ Angela Gill