| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 19-25478 / MBK**

Jin H. Lee

Petition Filed Date: 08/09/2019
341 Hearing Date: 09/12/2019
Confirmation Date: 12/11/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2022 | $946.00 | | 02/09/2022 | $946.00 | | 03/07/2022 | $946.00 | |
| 04/06/2022 | $946.00 | | 05/09/2022 | $946.00 | | 06/07/2022 | $946.00 | |
| 07/12/2022 | $946.00 | | 08/08/2022 | $946.00 | | 09/09/2022 | $946.00 | |
| 10/07/2022 | $946.00 | | 11/07/2022 | $946.00 | | 11/28/2022 | $946.00 | |
| 12/08/2022 | $946.00 | | 01/09/2023 | $946.00 | | 02/06/2023 | $946.00 | |
| 03/07/2023 | $946.00 | | | | | | | |

**Total Receipts for the Period: $15,136.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $38,617.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jin H. Lee | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert C. Nisenson, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,135.00 | $2,135.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»»  CREDIT ONE | Unsecured Creditors | $777.18 | $0.00 | $777.18 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,053.07 | $0.00 | $3,053.07 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $7,290.02 | $0.00 | $7,290.02 |
| 4 | MERRICK BANK | Unsecured Creditors | $2,797.41 | $0.00 | $2,797.41 |
| 5 | CAPITAL ONE AUTO FINANCE<br>»»  2016 CHRYSLER T&C WAGON | Debt Secured by Vehicle | $710.56 | $470.81 | $239.75 |
| 6 | FIRST FINANCIAL INVESTMENT FUND HOLDINGS<br>»»  CREDITSHOP CC CO. | Unsecured Creditors | $4,400.12 | $0.00 | $4,400.12 |
| 7 | Verizon by American InfoSource as Agent | Unsecured Creditors | $1,202.10 | $0.00 | $1,202.10 |
| 8 | ECMC<br>»»  STUDENT LOAN | Unsecured Creditors | $1,383.10 | $0.00 | $1,383.10 |
| 9 | US BANK TRUST, NA<br>»»  P/8 GRAND STREET/1ST MTG/DITECH/NEW RESIDENTIAL | Mortgage Arrears | $42,581.67 | $28,214.63 | $14,367.04 |
| 10 | VICKY CHAN | Support Arrears | $724.00 | $724.00 | $0.00 |
| 11 | CAPITAL ONE AUTO FINANCE<br>»»  2016 CHRYSLER T&C/PP ARREARS 9/23/20 | Debt Secured by Vehicle | $2,472.24 | $1,524.83 | $947.41 |
| 12 | CAPITAL ONE AUTO FINANCE<br>»»  2016 CHRYSLER T&C/ATTY FEES 9/23/20 | Debt Secured by Vehicle | $306.00 | $306.00 | $0.00 |

Chapter 13 Case No. 19-25478 / MBK

| 13 | US BANK TRUST, NA | Mortgage Arrears | $538.00 | $538.00 | $0.00 |
|---|---|---|---|---|---|
|  | »» 8 GRAND ST/ATTY FEES 5/21/22 |  |  |  |  |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $38,617.00 | Plan Balance: | $16,680.00 ** |
| Paid to Claims: | $33,913.27 | Current Monthly Payment: | $946.00 |
| Paid to Trustee: | $2,947.95 | Arrearages: | $0.00 |
| Funds on Hand: | $1,755.78 | Total Plan Base: | $55,297.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.